UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MATTIE LILLARD, Individually and for Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>TECH USA, INC.<br><br>    Defendant. | Case NO. 1:20-cv-00308-ADC<br><br>FLSA COLLECTIVE ACTION |

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE**

Considering the Unopposed Motion for Approval of Confidential Settlement Agreement and Release;

IT IS HEREBY ORDERED that the Unopposed Motion for Approval of Settlement Agreement and Release is GRANTED, and that the Settlement Agreement and Release is APPROVED in its entirety as a fair and reasonable resolution of bona fide dispute under the Fair Labor Standards Act.

IT IS FURTHER ORDERED that this case is dismissed in its entirety with prejudice, and that each party is to bear their own fees and costs.

Signed this __14th__ day of __May__, 2021.

_____
UNITED STATES DISTRICT COURT